David J. Ryan, OSB #953996                          Hon. Janice M. Stewart
dryan@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Plaintiff Starr Surplus
Lines Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **STARR SURPLUS LINES INSURANCE COMPANY**, an Illinois corporation,<br><br>        Plaintiff,<br><br>v.<br><br>**TIMBERLAND, INC.**, a Washington corporation; **SEABOLD CONSTRUCTION CO., INC.**, an Oregon corporation; **LAUREL PARC AT BETHANY LLC** and **LAUREL PARC AL AT BETHANY LLC**, Oregon limited liability companies;,<br><br>        Defendants. | Civil Action No. 3:13-cv-132-ST<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, by and through their respective counsel, the parties hereby stipulate and agree to the dismissal of this action in its entirety, including all claims, defenses and counterclaims, with prejudice and without attorney fees or costs to any party.

Page 1 -     STIPULATION OF DISMISSAL                Williams, Kastner & Gibbs PLLC
                                                                                      888 SW Fifth Avenue, Suite 600
                                                                                      Portland, OR 97204-2025
                                                                                 Telephone: (503) 228-7967· Fax (503) 222-7261

4300592.1

IT IS SO STIPULATED:

| | |
|---|---|
| WILLIAMS, KASTNER & GIBBS, PLLC | PARSONS FARNELL & GREIN, LLP |

By _____
David J. Ryan, OSB #953996
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967
dryan@williamskastner.com

*Attorneys for Plaintiff Starr Surplus Lines Insurance Company*

By _____
Michael E. Farnell, OSB #922996
Kristopher L. Kolta, OSB #106442
1030 SW Morrison Street
Portland, OR 97205
Fax: 503.274.7979
mfarnell@pfglaw.com
kkolta@pfglaw.com

*Attorneys for Defendant/Counterclaimant Timberland, Inc.*

MILLER NASH LLP

By _____
John F Purcell, OSB #803451
111 SW 5th Ave Ste 3400
Portland OR 97204
Fax: 503-224-0155
john.purcell@millernash.com

*Attorneys for Defendant Seabold Construction Co., Inc.*

STOEL RIVES LLP

By _____
D. Jeffrey Courser, OSB #880374
Eric A. Grasberger, OSB #912899
805 Broadway, Suite 725
Vancouver, WA 98660-3302
Fax: 360-699-5899
djcourser@stoel.com
eagrasberger@stoel.com

*Attorneys for Defendants Laurel Parc at Bethany LLC and Laurel Parc AL at Bethany LLC*

Page 2 -   STIPULATION OF DISMISSAL

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967 • Fax (503) 222-7261

4300592.1

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **STIPULATION OF DISMISSAL** on the following attorneys by the method indicated below on the 3rd day of October, 2013:

**Attorneys for Timberland, Inc.:**

Michael E. Farnell
Parsons Farnell & Grein, LLP
1030 SW Morrison Street
Portland, OR 97205
Fax: 503.274.7979
Email: mfarnell@pfglaw.com

✓ Via CM/ECF Notice
___ Via First Class Mail
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

**Attorneys for Seabold Construction Company Co., Inc.:**

John F Purcell
Miller Nash LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
Fax: 503-224-0155
Email: john.purcell@millernash.com

✓ Via CM/ECF Notice
___ Via First Class Mail
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

**Attorneys for Laurel Parc at Bethany, LLC and Laurel Parc AL at Bethany, LLC:**

D. Jeffrey Courser
Stoel Rives LLP
805 Broadway, Suite 725
Vancouver, WA 98660-3302
Fax: 360-699-5899
Email: djcourser@stoel.com

✓ Via CM/ECF Notice
___ Via First Class Mail
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

s/ David J. Ryan
David J. Ryan, OSB #953996
Attorneys for Plaintiff

Page 1 -   CERTIFICATE OF SERVICE

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967 • Fax (503) 222-7261

4323291.1